UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAMAR BROWN, Individually and on behalf of all others similarly situated,

                              Plaintiffs,

    -against-

MUSIC BOX ATTIC, INC.

                              Defendant.
-----------------------------------------------------------------X

Case No. 22-cv-8934

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs.

Dated: June 14, 2023

New York, New York

MARS KHAIMOV LAW, PLLC

By: _____
Mars Khaimov, Esq.
10826 64th Avenue, Ste 2nd Floor
Forest Hills, New York 11375
(917) 915-7415
mars@khaimovlaw.com
*Attorneys for Plaintiff*

LACHTMAN COHEN P.C.

By: _____
Gregory A. Blue, Esq
245 Main Street, 2nd Floor
White Plains, NY 10601
(914) 505-6654
gblue@lcpclaw.com
*Attorneys for Defendant*

Dated: June 23, 2023
       New York, New York

SO ORDERED: _____

_____
J. PAUL OETKEN
United States District Judge

4895-5040-3388.1